BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHNNIE R. JOHNSON** ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MICHAEL J. ASTRUE** ) <br> **Commissioner of Social Security** ) <br> **of the United States of America,** ) <br> ) <br> **Defendant.** ) <br> ) <br> _____ ) | CASE NO. 2:10-CV-02458-KJN TEMP <br><br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from April 14, 2011, to May 13, 2011. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule and out-of-town commitments.

/ / / /

/ / / /

/ / / /

1

Dated: April 5, 2011                    /s/Bess M. Brewer
                                        BESS M. BREWER
                                        Attorney at Law

                                        Attorney for Plaintiff


Dated: April 5, 2011                    Benjamin B. Wagner

                                        United States Attorney

                                        /s/ Kathyrn Watson
                                        KATHYRN WATSON
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant


                          **ORDER**

APPROVED AND SO ORDERED.

DATED:  April 12, 2011



                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE