BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHNNIE R. JOHNSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | CASE NO. 2:10-CV-02458-KJN (TEMP)<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from May 13, 2011, to June 17, 2011. This extension is required because Plaintiff's counsel has the flu and is unable to complete Mr. Johnson's brief as scheduled.

/ / / /

/ / / /

/ / / /

1

Dated: May 13, 2011                     /s/Bess M. Brewer
                                        BESS M. BREWER
                                        Attorney at Law

                                        Attorney for Plaintiff


Dated: May 13, 2011                     Benjamin B. Wagner

                                        United States Attorney

                                        /s/ Kathyrn Watson
                                        KATHYRN WATSON
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED: May 16, 2011


_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2