1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8928
       Facsimile:  (415) 744-0134
7      E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

9                        UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11                           **SACRAMENTO DIVISION**

12

13 JOHNNIE JOHNSON,                        )
                                           )   CIVIL NO. 2:10-CV-02458-KJN
14     Plaintiff,                         )
                                           )   STIPULATION AND ORDER TO EXTEND
15     v.                                 )   TIME
                                           )
16 MICHAEL J. ASTRUE,                      )
   Commissioner of                         )
17 Social Security,                        )
                                           )
18     Defendant.                         )
                                           )
19

20        IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and

21 with the permission of the Court as evidenced below, that the time for responding to Plaintiff's Motion

22 for Summary Judgment be extended 32 days from August 25, 2011, to September 26, 2011.  This is

23 Defendant's first request for an extension of time to respond to Plaintiff's motion.

24 //

25 //

26 //

27 //

28 //

Defendant needs the additional time to further review the file and prepare a response in this matter.

                                            Respectfully submitted,

Dated: August 23, 2011                    */s/ Bess M. Brewer*
                                            (As authorized via email)
                                            BESS M. BREWER
                                            Attorney for Plaintiff

Dated: August 23, 2011                    BENJAMIN B. WAGNER
                                            United States Attorney
                                            DONNA L. CALVERT
                                            Acting Regional Chief Counsel, Region IX
                                            Social Security Administration

                                            */s/ Kathryn R. Watson*
                                            KATHRYN R. WATSON
                                            Special Assistant United States Attorney
                                            Social Security Administration

                                                  **ORDER**

**IT IS SO ORDERED:**

Dated:  August 24, 2011

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE