1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8928
       Facsimile:  (415) 744-0134
7      E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

9                         UNITED STATES DISTRICT COURT

10                       EASTERN DISTRICT OF CALIFORNIA

11                              **SACRAMENTO DIVISION**

12  JOHNNIE JOHNSON,                )
                                    )   Case No. 2:10-CV-02458-KJN (TEMP)
13      Plaintiff,                  )
                                    )   STIPULATION AND ORDER TO
14      v.                          )   VOLUNTARY REMAND PURSUANT TO
                                    )   SENTENCE FOUR OF 42 U.S.C. § 405(g)
15  MICHAEL J. ASTRUE,              )   AND TO ENTRY OF JUDGMENT
    Commissioner of                 )
16  Social Security,                )
                                    )
17      Defendant.                  )
                                    )
18  _____     )

19       IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the
20  approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this
21  case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.
22       Upon remand, Plaintiff will be offered an opportunity for a hearing, and at such hearing an
23  Administrative Law Judge will hear testimony from a medical expert regarding the disability onset date
24  and address the opinion of Dr. Malek, Plaintiff's treating physician.  The ALJ must explain the weight
25  given to the medical source opinions in accordance with 20 C.F.R. § 404.1527, as well as Social
26  Security Ruling 96-2p.
27  //
28  //

Defendant will lodge a proposed Judgment of Remand concurrent with the filing of this stipulation.

Respectfully submitted,

Dated: September 21, 2011        */s/ Bess M. Brewer*
(As authorized via email)
BESS M. BREWER
Attorney for Plaintiff

Dated: September 21, 2011        BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Kathryn R. Watson*
KATHRYN R. WATSON
Special Assistant United States Attorney
Social Security Administration

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand"), **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation of Remand.

Dated: September 21, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE