1  BENJAMIN B. WAGNER
United States Attorney
2  DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
3  Social Security Administration
KATHRYN R. WATSON
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
San Francisco, California 94105
6      Telephone:  (415) 977-8928
Facsimile:  (415) 744-0134
7      E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11                      **SACRAMENTO DIVISION**

12

13  JOHNNIE R. JOHNSON,              )
                                    )   Case No. 2:10-CV-02458-KJN (TEMP)
14        Plaintiff,                 )
                                    )   STIPULATION AND [~~PROPOSED~~] ORDER
15        v.                         )   FOR THE AWARD OF ATTORNEY FEES
                                    )
16  MICHAEL J. ASTRUE,               )
Commissioner of                     )
17  Social Security,                 )
                                    )
18        Defendant.                 )
   _____ )

19

20        IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

21  subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to

22  Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of five thousand two hundred and fifty dollars

23  and no cents ($5,250.00).  This amount represents compensation for all legal services rendered on behalf

24  of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

25        After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will

26  consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant

27  to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether

28  the fees, expenses are subject to any offset allowed under the United States Department of the Treasury's

1   Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine

2   whether they are subject to any offset.

3       Fees, expenses shall be made payable to Plaintiff, but if the Department of the Treasury

4   determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of

5   fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed by

6   Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

7       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees

8   and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.

9   Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims

10  that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees, expenses, and costs in

11  connection with this action.

12      This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act

13  attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

14

15                        Respectfully submitted,

16

17  Dated: December 22, 2011        */s/ Bess M. Brewer*
                              (As authorized via email on 12/22/11)

18                                BESS M. BREWER
                              Attorney for Plaintiff

19

20  Dated: December 22, 2011        BENJAMIN B. WAGNER
                              United States Attorney

21                                DONNA L. CALVERT
                              Acting Regional Chief Counsel, Region IX

22                                Social Security Administration

23                                */s/ Kathryn R. Watson*

24                                KATHRYN R. WATSON
                              Special Assistant United States Attorney

25                                Social Security Administration

26

27

28

**<u>ORDER</u>**

IT IS HEREBY ORDERED that fees and expenses in the amount of $5,250.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATED:  December 30, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE