1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8928
       Facsimile:  (415) 744-0134
7      E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

9                          UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11                               **SACRAMENTO DIVISION**

12

13 JOHNNIE R. JOHNSON,            )
                                  )   Case No. 2:10-CV-02458-KJN (TEMP)
14         Plaintiff,             )
                                  )   STIPULATION AND [PROPOSED] ORDER
15         v.                     )   FOR THE AWARD OF ATTORNEY FEES
                                  )
16 MICHAEL J. ASTRUE,             )
   Commissioner of                )
17 Social Security,               )
                                  )
18         Defendant.             )
   _____)

19

20        IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

21 subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to

22 Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of five thousand two hundred and fifty dollars

23 and no cents ($5,250.00).  This amount represents compensation for all legal services rendered on behalf

24 of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

25        After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will

26 consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant

27 to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether

28 the fees, expenses are subject to any offset allowed under the United States Department of the Treasury's

Offset Program. After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.

Fees, expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees, expenses, and costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: December 22, 2011         */s/ Bess M. Brewer*
                                 (As authorized via email on 12/22/11)
                                 BESS M. BREWER
                                 Attorney for Plaintiff

Dated: December 22, 2011         BENJAMIN B. WAGNER
                                 United States Attorney
                                 DONNA L. CALVERT
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration

                                 */s/ Kathryn R. Watson*
                                 KATHRYN R. WATSON
                                 Special Assistant United States Attorney
                                 Social Security Administration

**ORDER**

IT IS HEREBY ORDERED that fees and expenses in the amount of $5,250.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATED: December 30, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE